Thomas Moore by Capt John
Young his Attorney: Appealt
Willm Brinley by Isaack Arnold his Attorney, Deft

This Case being brought as an Appeale from the Court of sessions held att Southold in June Last past where no

Definitive Judgmt or Determinacon appears to bee Given the Court remitt the same to the said Court of Sessions to give their Determination therein and when passed either partye may further proceed according to Law.

---

Capt Thomas Dellavall Informing the Court that Jan van Twist is an alien and hath traded here Contrary to act of parliamt undertaking to prove the same Ordred that the said Capt Thomas Dellavall doe make prosecution thereon according to Law without delay and that the Sherriffe of this Citty taking a Constable with him doe forth with secure the goods and Estate belonging to the said John Van Twist.

Pr John West, Cl Assize

WHEREAS Complaints have been made from Severall parts of the Governmt That sundry persons have and Doe Dayly Comitt Tresspasse and make waste on the Lands and proprietyes of Townships, and particuler Persons within this Governmt by Cutting and falling of Trees, Timber, firewood and Barkeing of trees to their Greate Damage for the Prevencon Whereof, It is ordered by this Court and the Authority thereof that for the future None Doe presume to Cutt or fall any Trees, Timber, firewood or Barke Trees on any Land within this Governmt without Leave and Lycence first had and Obtained from the Owners and Proprietors of such Land, any former usage or Custome to the Contrary in any wise Notwithstanding.

---

Att A Speciall Court of Assizes holden In the Citty of New Yorke by his Majtis Authority Beginning the 29th Day of June and Ending the 2d of July in the 33th yeare of the Reign of sd Sovereigne Lord Charles the 2d by the Grace of God of England, Scotland, France & Ireland King Defender of the faith &c Anno Domini 1681

PRESENT:
Capt Anthony Brockholls, Commander in Cheife.